IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARYL J. LEISE,<br><br>Defendant. | **8:25CR139**<br><br>**ORDER** |

This matter is before the Court on Defendant's Unopposed Motion to Continue Trial Date (Filing No. 24). For the reasons set forth within the motion and for good cause shown,

IT IS ORDERED that Defendant's Unopposed Motion to Continue Trial Date (Filing No. 24) is granted as follows:

1. The jury trial now set for November 16, 2026, is continued to **January 19, 2027.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 19, 2027,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. No further continuances will be granted.

Dated the 21st day of October 2026.

BY THE COURT:



Robert F. Rossiter, Jr.
United States District Judge